UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Martin V. Webb, et al.,**

    Plaintiffs,

-V-                        Case No. 2:05-cv-0548
                             JUDGE SMITH
                             Magistrate Judge King

**Chase Manhattan Mortgage Corporation,**

    Defendant.

### ORDER

Plaintiffs filed this putative class action on June 3, 2005 (Doc. 1). Defendant moved to dismiss on August 19, 2005 (Doc. 6).

On October 10, 2005, plaintiffs filed an amended complaint (Doc. 15). Thereafter, on November 14, 2005, defendant filed its second motion to dismiss (Doc. 21).

In light of plaintiffs' amended complaint and defendant's second motion to dismiss, defendant's first motion to dismiss (Doc. 6) is **MOOT**.

The Clerk shall remove Doc. 6 from the Court's CJRA pending motions list.

        **IT IS SO ORDERED.**

/s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**